UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C. R., J. B. and B. S.,

                Plaintiffs,

-against-

MAYA HAYES AND JANE AND JOHN DOES 1-10,

                Defendants.

**ORDER**

23-CV-09783 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Plaintiffs initiated this action by filing a complaint on November 4, 2023. (Doc. 1). Plaintiffs appear to seek to file a redacted complaint in an otherwise publicly available case, as the complaint uses only the initials of the Plaintiffs. Pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions ("ECF Rules"), such a proceeding must be commenced as a miscellaneous case with leave from the Court to proceed using a pseudonym. Accordingly, this action is dismissed for failure to comply with ECF Rules 6 and 14.

Plaintiffs may, if they be so advised, commence a new action in accordance with ECF Rules 6 and 14. Plaintiffs are referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated: White Plains, New York
        November 6, 2023

                                                _____
                                                Philip M. Halpern
                                                United States District Judge